OPINION — AG — **** SCHOOL CENSUS — KINDERGARTEN — COUNTED **** ALL CHILDREN SIX YEARS OF AGE AND OLDER ON APRIL 1ST OF EACH YEAR, INCLUDING CHILDREN ENROLLED IN KINDERGARTEN, COMPRISE THE SCHOOL POPULATION OF A DISTRICT FOR THE PURPOSES OF MAKING APPORTIONMENTS OF STATE SCHOOL LAND EARNINGS. CITE: 70 O.S. 1961 10.5 [70-10.5] AND 70 O.S. 1961 10.6 [70-10.6] 70 O.S. 1968 Supp., 10.14 [70-10.14] (GARY F. GLASGOW)